IN THE UNITED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No: 3:11-00212-01 |
| ) | Judge Haynes |
| FABIAN M. FORMOSA, ) | |

## MOTION TO SET

Comes now the defendant Fabian Formosa, by and through his attorney Glenn Funk and respectfully requests this Honorable Court to set Mr. Formosa's Probation Violation Hearing. The Government and Mr. Formosa have reached an agreement wherein Mr. Formosa will concede his violation and agree to serve 24 months. This incarceration will satisfy all obligations Mr. Formosa has in this case and his supervision will be terminated.

Respectfully submitted,

/s/ Glenn R. Funk
GLENN R. FUNK, #11492
222 Fourth Avenue North, Suite 100
Nashville, Tennessee 37219
Phone: (615) 255-9595

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Carrie Daughtrey, Assistant United States Attorney, 110 9th Avenue South, Suite A-961, Nashville, Tennessee 37203 on this the 17th day of October, 2012.

/s/ Glenn R. Funk
Glenn R. Funk